292 U.S. 626
 54 S.Ct. 631
 78 L.Ed. 1481
 Henry B. WILLIS, petitioner,
v.
The FIRST REAL ESTATE AND INVESTMENT COMPANY et al.*
 No. 845.
 Supreme Court of the United States
 April 2, 1934
 
 Mr. Sydney Smith, of El Paso, Tex., for petitioner.
 
 
 1
 For opinion below, see 68 F.(2d) 671.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 292 U. S. 604, 64 S. Ct. 713, 78 L. Ed.